IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | |
|---|---|
| ROBERT H. KELLY AND WIFE, § | |
| MARY KELLY § | |
| § | |
| VS. § | CIVIL ACTION NO.1:07-CV-00137 |
| § | JUDGE THAD HEARTFIELD |
| D. B. INDUSTRIES, INC. § | |

### NOTICE OF INITIAL DISCLOSURE OF PLAINTIFF

TO THE HONORABLE UNITED STATES DISTRICT COURT:

PLEASE TAKE NOTICE that Plaintiffs, Robert H. Kelly and wife, Mary Kelly, files this their Notice of Initial Disclosure and would show unto the Honorable Court the following:

Plaintiffs have complied with Disclosure requirements promulgated by this Court. Plaintiffs will supplement their Disclosure, if additional information and/or documents become available through discovery.

### CERTIFICATION

I hereby certify that I have complied with the required Initial Disclosure. I further certify that such disclosure is complete and correct at the time that it is made according to my best knowledge, information and belief.

-2-

Respectfully submitted,

**STEVEN C. BARKLEY**
Attorney at Law
3560 Delaware, Suite 305
Beaumont, Texas 77706
Phone: (409) 899-2277
Fax: (409) 899-2477

 /S/ Steven C. Barkley
**STEVEN C. BARKLEY**
STATE BAR NO. 01750500

ATTORNEY FOR PLAINTIFFS,
ROBERT H. KELLY AND WIFE,
D. B. INDUSTRIES, INC.

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that he is the attorney for the Plaintiffs, Robert H. Kelly and wife, Mary Kelly, and that he forwarded a true and correct copy of Plaintiffs' Initial Disclosure to the following attorney of record for Defendant, via electronic filing, on this the 24th day of July, 2007:

Mr. Matthew W. Childs
Tekell Book Matthews & Limmer, LLP
4300 One Houston Center
1221 McKinney
Houston, Texas 77010

 /S/ Steven C. Barkley
**STEVEN C. BARKLEY**