IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT H. KELLY AND WIFE, MARY KELLY | § § § § § § § § § § § § | |
| Plaintiff, | | |
| VS. | | CIVIL ACTION NO. 4:07-cv-02671 |
| D.B. INDUSTRIES, INC. | | |
| Defendant. | | |

**DEFENDANT'S NOTICE OF INITIAL DISCLOSURE**

Please take notice that Defendant **D.B. INDUSTRIES, INC.**, files this its Notice of Compliance with Federal Rule of Civil Procedure 26. Defendant will supplement their Disclosure if additional information and/or documents become available through discovery.

**CERTIFICATION**

I hereby certify that I have complied with the required Initial Disclosure. I further certify that such disclosure is complete and correct at the time it is made according to my best knowledge, information and belief.

Respectfully submitted,

TEKELL, BOOK, MATTHEWS & LIMMER, L.L.P.

_____
MATTHEW W. CHILDS
State Bar No. 04202050

        1221 McKinney, Suite 4300
        Houston, Texas 77010-2010
        (713) 222-9542 TELEPHONE
        (713) 655-7727 TELEFAX
        ATTORNEY FOR DEFENDANT,
        **D.B. INDUSTRIES, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the __6__ day of __Sept__, 2007, true and correct cop(ies) of the foregoing instrument were forwarded to all counsel of record via electronic filing through the Court's Pacer System as listed below:

_____
Matthew W. Childs

Steven C. Barkley
Attorney at Law
3560 Delaware, Suite 305
Beaumont, Texas 77706

Thomas J. Smith
Lynne J Shannon
Kelly C. Hartmann
Galloway, Johnson, Tompkins, Burr & Smith
1301 McKinney, Suite 1400
Houston, Texas 77010