IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT H. KELLY AND WIFE, MARY KELLY | § § § | |
| Plaintiff, | § § § | |
| VS. | § § § | CIVIL ACTION NO. 4:07-cv-02671 |
| D.B. INDUSTRIES, INC. | § § § | |
| Defendant. | § | |

**DEFENDANT D.B. INDUSTRIES, INC.'s
CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1**

Pursuant to the Corporate Disclosure Statement provision in the Federal Rules of Civil Procedure 7.1 a nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of Defendant, DB Industries, Inc., and Defendant states that it is not a parent, subsidiary or other affiliate of a publicly owned corporation and that there is not a publicly owned corporation, not a party to the case, that has a financial interest in the outcome.

Respectfully submitted,

TEKELL, BOOK, MATTHEWS & LIMMER, L.L.P.

_____
MATTHEW W. CHILDS
State Bar No. 04202050

1221 McKinney, Suite 4300
Houston, Texas 77010-2010
(713) 222-9542 TELEPHONE
(713) 655-7727 TELEFAX
ATTORNEY FOR DEFENDANT,
**D.B. INDUSTRIES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 6 day of Sept, 2007, true and correct cop(ies) of the foregoing instrument were forwarded to all counsel of record via electronic filing through the Court's Pacer System as listed below:

_____
Matthew W. Childs

Steven C. Barkley
Attorney at Law
3560 Delaware, Suite 305
Beaumont, Texas 77706

Thomas J. Smith
Lynne J Shannon
Kelly C. Hartmann
Galloway, Johnson, Tompkins, Burr & Smith
1301 McKinney, Suite 1400
Houston, Texas 77010