IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ROBERT H. KELLY AND WIFE, MARY KELLY | § § § | |
| VS. | § § § | CIVIL ACTION NO.4:07-cv-02671 JUDGE MELINDA HARMON |
| D. B. INDUSTRIES, INC. | § | |

## NOTICE OF INITIAL DISCLOSURE OF PLAINTIFFS

TO THE HONORABLE UNITED STATES DISTRICT COURT:

PLEASE TAKE NOTICE that Plaintiffs, Robert H. Kelly and wife, Mary Kelly, files this their Notice of Initial Disclosure and would show unto the Honorable Court the following:

Plaintiffs have complied with Disclosure requirements promulgated by this Court. Plaintiffs will supplement their Disclosure, if additional information and/or documents become available through discovery.

## CERTIFICATION

I hereby certify that I have complied with the required Initial Disclosure. I further certify that such disclosure is complete and correct at the time that it is made according to my best knowledge, information and belief.

-2-

Respectfully submitted,

**STEVEN C. BARKLEY**
Attorney at Law
3560 Delaware, Suite 305
Beaumont, Texas  77706
Phone: (409) 899-2277
Fax: (409) 899-2477

/S/ Steven C. Barkley
**STEVEN C. BARKLEY**
STATE BAR NO. 01750500

ATTORNEY FOR PLAINTIFFS,
ROBERT H. KELLY AND WIFE,
MARY KELLY

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that he is the attorney for the Plaintiffs, Robert H. Kelly and wife, Mary Kelly, and that he forwarded a true and correct copy of Plaintiffs' Initial Disclosure to the following attorney of record for Defendant and attorney of record for Intervenor, via electronic filing, on this the 17th day of September, 2007:

Matthew W. Childs
Tekell Book Matthews & Limmer, LLP
4300 One Houston Center
1221 McKinney
Houston, Texas  77010
**Attorney for D. B. Industries, Inc.**

Lynne J. Shannon
Galloway, Johnson, Tompkins Burr & Smith
1301 McKinney, Suite 1400
Houston, Texas 77010
**Attorney for Zurich North America**

/S/ Steven C. Barkley
**STEVEN C. BARKLEY**