TEKELL, BOOK, MATTHEWS & LIMMER, L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
4300 ONE HOUSTON CENTER
1221 McKINNEY
HOUSTON, TEXAS 77010
TELEPHONE (713) 222-9542
TELEFAX (713) 655-7727
E-MAIL tbml@tbml.com

MATTHEW W. CHILDS
PARTNER
BOARD CERTIFIED-PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

E-MAIL mchilds@tbml.com

CORPUS CHRISTI OFFICE
711 N. CARANCAHUA
SUITE 902
CORPUS CHRISTI, TEXAS 78475
TELEPHONE (361) 883-6100
TELEFAX (361) 883-6103
E-MAIL cctbml@swbell.net

May 13, 2008

Mr. Michael Milby, Clerk
United States District Court
515 Rusk Avenue
Houston, Teas 77002

RE: Civil Action No. 4:07-cv-02671; Robert H. Kelly and wife, Mary Kelly vs. D. B. Industries, Inc.; In the Untied States District Court for the Southern District of Texas, Houston Division
**2008 Summer Attorney Vacation Schedule Request**

Dear Mr. Milby:

Please be advised that attorney Matthew W. Childs, State Bar No. 04202050, designates the following weeks as his 2008 summer vacation request:

6/09 - 6/13/08
6/16 - 6/20/08
7/21 - 7/25/08
7/28 - 8/01/08

Thank you for your assistance in this matter.

Very truly yours,

Matt W. Childs

MWC/cb