IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| ROBERT H. KELLY AND WIFE, § | |
| MARY KELLY § | |
| § | |
| VS. § | CIVIL ACTION NO.4:07-cv-2671 |
| § | JUDGE MELINDA HARMON |
| D. B. INDUSTRIES, INC. § | |

**DESIGNATION OF EXPERTS OF PLAINTIFFS**

COME NOW, **Robert H. Kelly and wife, Mary Kelly**, Plaintiffs herein, and file this their Designation of Expert Witnesses as follows, to-wit:

I.

The following will give expert testimony at the trial of this matter:

Dr. Grant Dona
411 E. Vaughn Ave, #201
Ruston, LA
318-323-8451

Physicians at the
Citizens Medical Center
P.O. Box 1079
Columbia, LA 71418
318-649-6106

David Williams, Ph.D.
Psychology Clinic
1401 Royal Avenue
Monroe, Louisiana 71201

Vincent Forte, M.D.
Louisiana Pain Care, LLC
210 Layton Avenue, Suite #20
Monroe, Louisiana 71201

-2-

Mr. Beryl Gamse
McDowell Owens
1075 Kingwood Drive, #100
Kingwood, Texas 77339
281-358-2876

Maunsell Wilkinson
Rehabilitation Services Associates, Inc.
4655 Collier
Beaumont, Texas 77706
409-833-5263

II.

Plaintiffs reserve the right to elicit expert testimony, by way of direct, cross-examination or rebuttal, from any of Defendant's experts.

III.

Plaintiffs reserve the right to call rebuttal witnesses to refute the testimony of any and all expert witnesses called by Defendant.

IV.

Plaintiffs reserve the right to amend or supplement this Designation of Expert Witnesses.

Respectfully submitted,

**STEVEN C. BARKLEY**
Attorney at Law
3560 Delaware, Suite 305
Beaumont, Texas  77706
Phone:         (409) 899-2277
Fax:           (409) 899-2477

 /S/ Steven C. Barkley
**STEVEN C. BARKLEY**
STATE BAR NO. 01750500
FEDERAL ID NO. 4947

ATTORNEY FOR PLAINTIFFS,
ROBERT KELLY AND WIFE,
MARY KELLY

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to the following counsel of record, via electronic filing, on this the    5th    day of September, 2008:

Mr. Matthew W. Childs
Tekell Book Matthews & Limmer, LLP
4300 One Houston Center
1221 McKinney
Houston, Texas 77010
**Attorney for Defendant, D. B. Industries, Inc.**

Mr. Kelly Hartmann
Galloway Johnson Tompkins Burr & Smith
1301 McKinney, Suite 1400
Houston, Texas 77010
**Attorney for Intervenor, Zurich North America**

                                                  */S/ Steven C. Barkley*
                                                  **STEVEN C. BARKLEY**